**No. 11-5127. James Tyler, Petitioner v. District of Columbia.**

565 U.S. 891, 132 S. Ct. 272, 181 L. Ed. 2d 161, 2011 U.S. LEXIS 5620.

October 3, 2011. Petition for writ of certiorari to the District of Columbia Court of Appeals denied.

**No. 11-5131. Michael Eugene Washington, Petitioner v. United States.**

565 U.S. 891, 132 S. Ct. 272, 181 L. Ed. 2d 161, 2011 U.S. LEXIS 5630.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

**No. 11-5132. Jeffery Alonzo Simms, Petitioner v. Harry Freeman, et al.**

565 U.S. 891, 132 S. Ct. 272, 181 L. Ed. 2d 161, 2011 U.S. LEXIS 5799.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 428 Fed. Appx. 119.

**No. 11-5133. Paul Santivanez, Petitioner v. D. B. Drew, Warden.**

565 U.S. 891, 132 S. Ct. 272, 181 L. Ed. 2d 161, 2011 U.S. LEXIS 5435.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 416 Fed. Appx. 833.

**No. 11-5134. Nathan Smith, Petitioner v. Gary Hutchins, Sheriff, Jefferson County, Georgia, et al.**

565 U.S. 891, 132 S. Ct. 272, 181 L. Ed. 2d 161, 2011 U.S. LEXIS 5351.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 426 Fed. Appx. 785.

**No. 11-5135. Alton Leonard Slater, Petitioner v. United States.**

565 U.S. 891, 132 S. Ct. 273, 181 L. Ed. 2d 161, 2011 U.S. LEXIS 5465,

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

**No. 11-5136. Jesus Rodriguez-Camacho, Petitioner v. United States.**

565 U.S. 891, 132 S. Ct. 273, 181 L. Ed. 2d 161, 2011 U.S. LEXIS 5740.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

**No. 11-5137. Lee Robbins, Petitioner v. George Smith, Warden.**

565 U.S. 891, 132 S. Ct. 273, 181 L. Ed. 2d 161, 2011 U.S. LEXIS 5804.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 411 Fed. Appx. 37.